# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  David D Miller<br><br>                    Debtor(s)<br><br>Sun East Federal Credit Union, or its Successor or Assignee<br>                    Movant<br>         vs.<br><br>William C. Miller , Trustee<br>David D Miller<br><br>                    Respondent(s) | Chapter 13<br>Bankruptcy No. 16-12643-AMC |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears on behalf of Sun East Federal Credit Union, secured creditor and party-in-interest in the above-captioned bankruptcy case, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case, whether written or oral, be given to or served upon the undersigned at the address below-stated.

PLEASE TAKE FURTHER NOTICE that a demand is also made for service of copies of all papers, reports, pleadings, motions and applications (including notices thereof), petitions, plans of reorganization and answer or reply papers, and any amendments thereto, filed in the above-captioned case by mail or otherwise upon the undersigned at the address set forth below.

Dated:  June 2, 2016

/s/ Alexandra T. Garcia
MARISA J. COHEN, ESQUIRE, I.D. # 87830
ANN E. SWARTZ, ESQUIRE, I.D. # 201926
CELINE P. DERKRIKORIAN, ESQUIRE - ID # 313673
ALEXANDRA T. GARCIA, ESQUIRE - ID # 307280
Attorney for Sun East Federal Credit Union
123 South Broad Street, Suite 1400
Philadelphia, PA  19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com