# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David D. Miller<br>            Debtor<br><br>Sun East Federal Credit Union, or its Successor or Assignee<br>            Movant<br>    vs.<br><br>William C. Miller, Trustee<br>David D. Miller<br>            Respondents | Chapter 13<br>Bankruptcy No. 16-12643-amc |

## ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of Sun East Federal Credit Union for Relief from the Automatic Stay is hereby APPROVED.

Dated: __March 7, 2017__          _____
                                                                    U.S. Bankruptcy Judge